**FILED**
October 30, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                        )<br>           Plaintiff,    )<br>v.                                      )<br>                                        )<br>SEAN P. WESTBROOK,        )<br>           Defendant.  )<br>                                        ) | Case No. 2:20-cr-00205-JDP<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, SEAN P. WESTBROOK, Case No. 2:20-cr-00205-JDP from custody and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $____

          ___   Co-Signed Unsecured Appearance Bond

          ___   Secured Appearance Bond

   _X_   (Other) <u>Conditions as stated on the record.</u>

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _10/30/2020_ at _3:00 p.m._

By _____/s/ Jeremy D. Petersen_____
Jeremy D. Petersen
United States Magistrate Judge